Stipulated dismissal with prejudice approved 12/30/2020.
s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT BEAVERS,** | ) | CASE NO: 1:20-cv-00928 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **PURSUANT TO FED. R.CIV. P. 41** |
| **UHG, LLC, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff and Defendant, by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| __/s/ Ronald I. Frederick_____ | __/s/ Brendan H. Little_____ |
| Ronald I. Frederick (0063609) | *by Ronald I. Frederick per emailed consent.* |
| Michael L. Berler (0085728) | Brendan H. Little, Esq., *pro hac vice* |
| Michael L. Fine (0077131) | **Lippes Mathias Wexler Friedman LLP** |
| **FREDERICK & BERLER, LLC** | 50 Fountain Plaza, Suite 1700 |
| 767 East 185th Street | Buffalo, NY 14202 |
| Cleveland, OH 44119 | Telephone: (716) 853-5100 |
| Telephone: (216) 502-1055 | Facsimile: (716) 853-5199 |
| Facsimile: (216) 566-9400 | blittle@lippes.com |
| ronf@clevelandconsumerlaw.com | |
| mikeb@clevelandconsumerlaw.com | Michael J. Palumbo (0081718) |
| michaelf@clevelandconsumerlaw.com | Anthony J. Gingo (0085669) |
| | **Gingo Palumbo Law Group, LLC** |
| *Attorneys for Plaintiff* | Summit One |
| | 4700 Rockside Road, Suite 440 |
| | Independence, OH 44131 |
| | Telephone: (216) 503-9512 |
| | Facsimile: (888) 827-0855 |
| | michael@gplawllc.com |
| | anthony@gplawlllc.com |
| | |
| | *Attorneys for Defendants* |